Jorge PALACIO, Plaintiff–Appellant,

v.

Patricia R. STANSBERRY; Manager Bernardo, Inmate Systems, Defendants–Appellees.

No. 05–7829.

United States Court of Appeals, Fourth Circuit.

Submitted: June 22, 2006.

Decided: June 26, 2006.

Jorge Palacio, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jorge Palacio, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Palacio v. Stansberry*, No. CA–04–491–5 (E.D.N.C. Nov. 2, 2005). We dispense with oral argument

at the time" of Butler's sentencing. 401 F.3d at 545 n. 4.

because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Elmer A. Zuniga–Santana, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Zuniga–Santana v. Stansberry,* No. CA–05–488–5 (E.D.N.C. Sept. 28, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*